**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1930**

_____

In Re:    CHRISTOPHER BERNARD JONES,

                                    Petitioner.

_____

On Petition for Writ of Mandamus (6:06-cv-02202-PMD)

_____

Submitted:  December 13, 2007        Decided:  December 18, 2007

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Christopher Bernard Jones, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Bernard Jones petitions for a writ of mandamus seeking review of several district court decisions in a pending civil action. We conclude that Jones is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Jones is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED